Jonathan M. Jenkins (State Bar No. 193011)
jjenkins@jmjenkinslaw.com
Emma D. Enriquez (State Bar No. 225059)
eenriquez@jmjenkinslaw.com
Regina Y. Yeh (State Bar No. 266019)
ryeh@jmjenkinslaw.com
JONATHAN M. JENKINS & ASSOCIATES
8075 W. Third St., Ste. 407
Los Angeles, California 90048
Telephone: (310) 984-6800
Fax: (310) 984-6840

Counsel for Plaintiff, FDIC as Receiver
for Home Savings of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME SAVINGS OF AMERICA, a federal savings and loan association,<br><br>Plaintiff,<br>v.<br><br>EMELITA FELIPE, an individual, ANGELITO REYES, an individual d/b/a STREAMLINE APPRAISALS; CAL COAST FINANCIAL CORPORATION, a corporation doing business in California and DOES 1-20,<br><br>Defendants. | CASE NO. CV 12-01419-LB<br><br>[Magistrate Judge Laurel Beeler Presiding]<br><br>Cal. Sup. Ct. Case No.: RG11567893<br><br>**SECOND STIPULATION TO MODIFY CASE MANAGEMENT ORDER; [PROPOSED] CASE MANAGEMENT ORDER** |

IT IS HEREBY STIPULATED AS FOLLOWS:

WHEREAS, on October 15, 2012, the Court entered the Case Management Order, setting the pre-trial schedule with a trial date for March 24, 2014 and an ADR Completion Date for November 9, 2012;

WHEREAS, the Court informed counsel that if any party were unable to comply with that date, that it should seek relief from this Court;

1   WHEREAS, on November 14, 2012, after a meet and confer, the Parties
2 stipulated to continue the ADR Completion Date to February 8, 2013 (*see* Dkt. 31),
3 which this Court granted (*see* Dkt. 32);
4   WHEREAS, on or about January 29, 2013, FDIC learned that, due to a
5 conflicting FDIC event, its two appointed representatives assigned to this case would
6 no longer be able to attend the previously scheduled February 4, 2013 mediation date
7 agreed to by the Parties;
8   WHEREAS, that same day, FDIC's counsel immediately informed all other
9 counsel and the mediator, Mr. Peter A. Mankin, Esq. of Sheldon & Mankin of the
10 need for a brief continuance;
11   WHEREAS, the Parties have met and conferred with each other, as well as
12 their selected mediator, Mr. Peter Mankin, regarding a new mediation date, and have
13 confirmed **February 20, 2013** as a date agreeable to all parties;
14   WHEREAS, the Parties have therefore agreed to modification of the pretrial
15 schedule to accommodate FDIC's conflicts;
16   WHEREAS, the Parties also seek to continue the dates related to the Further
17 Case Management Conference to occur following mediation;
18   WHEREAS, the Parties' agreed-upon modification of the pretrial schedule
19 does not affect the March 24, 2014 trial date;
20   WHEREAS, the Parties agree that except for the change of dates herein, all
21 terms of the October 15, 2012 Case Management Order remains in effect.
22   NOW, THEREFORE, the Parties STIPULATE and AGREE to the following
23 pretrial schedule:

| Case Event | Filing Date / Disclosure Deadline / Hearing Date |
|---|---|
| Date to seek leave to add new parties or amend the pleadings | 11/12/2012 |
| **Updated Joint Case Management Conference Statement** | **3/1/2013** |
| **Further Case Management Conference: Court to discuss a June, 2013 trial date** | **3/8/2013 at 10:30 a.m.** |
| **ADR completion date** | **2/22/2013** |
| Non-expert discovery completion date | 4/26/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 3/10/2013 |
| Rebuttal expert disclosures | 5/24/2013 |
| Expert discovery completion date | 6/4/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 5/8/2013, at 11:00 a.m. |
| Meet and confer re pretrial filings | 2/11/2014 |
| Pretrial filings due | 2/20/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/27/2014 |
| Final Pretrial Conference | 3/13/2014, at 10:30 a.m. |
| Trial (5 Days) | 3/24/2014, at 8:30 a.m. |

WHEREAS, in the alternative, if this Court deems that a continuation of the dates of (1) the deadline to file the Further Case Management Conference Statement, and (2) the Further Case Management Conference, is unnecessary, than the Parties respectfully request that the only ADR Completion Date be continued to February 22, 2013.

SECOND STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE AND [PROPOSED] CASE MANAGEMENT ORDER

| | |
|---|---|
| DATED: February 8, 2013 | JONATHAN MJENKINS & ASSOCIATES |

By /s/ Regina Y. Yeh
Regina Y. Yeh
Counsel for Plaintiff FDIC, as Receiver for Home Savings of America

DATED: February 8, 2013     GELLER & ASSOCIATES

By /s/ Steven Geller
Steven Geller
Counsel for Defendant Angelito Reyes, individually, and dba Streamline Appraisals

DATED: February 8, 2013     LAW OFFICES OF DAVID G. FINKELSTEIN

By_____
Marc D. Bender
Counsel for Defendant Cal Coast Financial Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Order is hereby modified as follows:

1. The ADR Completion Date is hereby from February 8, 2013 to **February 22, 2013**;

2. The date to file the Joint Further Case Management Conference Statement is continued from February 14, 2013 to **March 1, 2013;** and

3. The Further Case Management Conference is continued from February 21, 2013 to **March 8, 2013** at 10:30 a.m. in Courtroom C, 15th Floor.

SO ORDERED.

Date: February 11, 2013     By_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge Presiding

SECOND STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULE AND [~~PROPOSED~~] CASE MANAGEMENT ORDER