UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HOME SAVINGS OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>EMELITA FELIPE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 12-01419 LB<br><br>**ORDER (1) REFERRING CASE TO A RANDOMLY-ASSIGNED MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND (2) RESETTING CERTAIN CASE MANAGEMENT DATES** |

The court held a further case management conference on March 7, 2013. *See* 3/7/2013 Minute Order, ECF No. 49. At the conference, the court and the parties discussed the possibility of the parties' participation in a settlement conference with a magistrate judge. The court and the parties also discussed the parties' competing proposals for adjusting some of the case management dates in this action. The court tabled these decisions and directed the parties to file a joint case management conference statement by March 14, 2013 with further elaboration on these matters.

On March 14, 2013, the parties did so. Regarding a possible settlement conference, Defendant Cal Coast states that it is fine with a settlement conference before a randomly-assigned magistrate judge, but Plaintiff states that it "is agreeable to random selection of a neutral familiar with banking/financial services from the Northern District's ADR Panel of mediators." Plaintiff does not say anything about a settlement conference with a magistrate judge, despite the court's request that it do so. *See* 3/7/2013 Minute Order, ECF No. 49. And Defendant Reyes does not appear to have an opinion on the matter.

C 12-01419 LB
ORDER

1    Under these circumstances, the court **REFERS** the instant action for a settlement conference
2 before a randomly-assigned magistrate judge.
3    Regarding the adjustments to some of the case management dates in this action, Cal Coast
4 suggests, in light of the March 24, 2014 trial date, that the expert disclosure deadline be set on
5 October 4, 2013. It does not suggest any other new dates. Plaintiff agrees that the expert disclosure
6 deadline be set on October 4, 2013, and it also suggests that the non-expert discovery deadline be set
7 on September 4, 2013, the rebuttal expert disclosure deadline be set for November 4, 2013, the
8 expert discovery completion date be set on December 4, 2013, and the last day for hearing
9 dispositive motions be set on February 6, 2014 at 11:00 a.m. Again, Defendant Reyes does not
10 appear to have an opinion on the matter.
11    Upon consideration of the parties' suggestions, the court **SETS** the following dates:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 9/4/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 10/4/2013 |
| Rebuttal expert disclosures | 11/4/2013 |
| Expert discovery completion date | 12/4/2013 |
| Last hearing date for dispositive motions and/or further case management conference | 2/6/2014, at 11:00 a.m. |
| Meet and confer re pretrial filings | 2/11/2014 |
| Pretrial filings due | 2/20/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/27/2014 |
| Final Pretrial Conference | 3/13/2014, at 10:30 a.m. |
| Trial | 3/24/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

   In addition, the court **SETS** a Further Case Management Conference for July 11, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties shall file a joint case management conference statement no later than July 6, 2013.

C 12-01419 LB
ORDER                                2

**IT IS SO ORDERED.**

Dated: March 19, 2013

_____
LAUREL BEELER
United States Magistrate Judge