MARC D. BENDER (SBN 156923)
DAVID G. FINKELSTEIN, ESQ. (SBN 047791)
LAW OFFICES OF DAVID G. FINKELSTEIN, A Professional Corporation
1528 South El Camino Real, Suite 306
San Mateo, California 94402
Telephone (650) 353-4503
Facsimile  (650) 312-1803

Attorneys for Defendant
CAL COAST FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME SAVINGS OF AMERICA, a federal savings and loan association,<br><br>Plaintiff,<br><br>v.<br><br>EMELITA FELIPE; ANGELITO REYES, individually and dba STREAMLINE APPRAISALS; CAL COAST FINANCIAL CORPORATION; DOES 1-20,<br><br>Defendants. | Case No.: CV 12-01419-LB<br><br>[PROPOSED] ORDER ON DEFENDANT CAL COAST FINANCIAL CORPORATION'S REQUEST TO APPEAR BY TELEPHONE<br><br>CMC Date:   April 18, 2013<br>Time:       11:00 a.m.<br>Courtroom:  C (15th Floor)<br>Magistrate Judge: Laurel Beeler<br>Trial Date:   TBD |

Having reviewed Defendant CAL COAST FINANCIAL CORPORATION'S Request to Appear by Telephone, the Court hereby authorizes Defendant CAL COAST's counsel to appear by telephone at the Case Management Conference scheduled on April 18, 2013 at 11:00 a.m.  Counsel to make the necessary arrangements through CourtCall.

Dated: April 9, 2013

_____
HON. LAUREL BEELER
U.S. COURT MAGISTRATE

1
[PROPOSED] ORDER ON DEFENDANT CAL COAST FINANCIAL CORPORATION'S REQUEST TO APPEAR BY TELEPHONE