# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOME SAVINGS OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMELITA FELIPE, and others,<br><br>　　　　Defendants. | Case No. 12-cv-01419 LB (NC)<br><br>**ORDER STRIKING PUBLIC FILING OF SETTLEMENT CONFERENCE STATEMENT**<br><br>Re: Dkt. No. 66 |

　　Defendants are scheduled to attend a settlement conference on June 6, 2013, and on May 29, 2013, filed their settlement conference statement in the public record on ECF. This is not the proper procedure for submitting a settlement conference statement. My settlement conference standing order requires each party to send a settlement conference statement to chambers, email a copy to my proposed order inbox, and serve a copy to opposing counsel. *See* Mag. Judge N. Cousins, Settlement Conference Standing Order, updated Oct. 23, 2012 (copy attached).

　　To protect the privacy of the parties, the Clerk's Office has locked defendants' improperly filed statement. Because the filing is immaterial to the motion practice in the case, and may contain confidential or sensitive information, the Court STRIKES the filing from the docket. Fed. R. Civ. P. 12(f) (A district court "may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."). Defendants must submit a copy of their statement in accordance with my standing order by May 31, 2013 at 5:00 p.m.

　　IT IS SO ORDERED.

　　Date: May 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge