| | |
|---|---|
| Jonathan M. Jenkins (State Bar No. 193011)<br>jjenkins@jmjenkinslaw.com<br>Regina Y. Yeh (State Bar No. 266019)<br>ryeh@jmjenkinslaw.com<br>JENKINS LLP<br>8075 W. Third St., Ste. 407<br>Los Angeles, California 90048<br>Telephone: (310) 984-6800<br>Fax: (310) 984-6840<br><br>Counsel for Plaintiff, FDIC as Receiver<br>For Home Savings of America | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME SAVINGS OF AMERICA, a federal savings and loan association,<br><br>Plaintiff,<br><br>v.<br><br>EMELITA FELIPE, an individual, ANGELITO REYES, an individual d/b/a STREAMLINE APPRAISALS; CAL COAST FINANCIAL CORPORATION, a corporation doing business in California and DOES 1-20,<br><br>Defendants. | CASE NO. CV 12-01419-LB<br><br>[Magistrate Judge Laurel Beeler Presiding]<br><br>Cal. Sup. Ct. Case No.: RG11567893<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |

/ / /

/ / /

1
[~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE

1     Pursuant to Plaintiff's Request for Dismissal of Case, with the terms of
2 dismissal just and proper under Fed. R. Civ. P. 41(a)(2), the above-entitled action is
3 hereby dismissed with prejudice, with each party bearing its own attorneys' fees and
4 costs.

5     IT IS SO ORDERED.

7 Dated: August___8____, 2013      _____
8     HON. LAUREL BEELER
    U.S. MAGISTRATE COURT

2
[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE