| | |
|---|---|
| 1 | Jonathan M. Jenkins (State Bar No. 193011) |
| 2 | jjenkins@jmjenkinslaw.com |
|   | Regina Y. Yeh (State Bar No. 266019) |
| 3 | ryeh@jmjenkinslaw.com |
|   | JENKINS LLP |
| 4 | 8075 W. Third St., Ste. 407 |
|   | Los Angeles, California 90048 |
| 5 | Telephone: (310) 984-6800 |
|   | Fax: (310) 984-6840 |
| 6 | |
| 7 | Counsel for Plaintiff, FDIC as Receiver |
|   | For Home Savings of America |
| 8 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME SAVINGS OF AMERICA, a federal savings and loan association, | CASE NO. CV 12-01419-LB |
| | [Magistrate Judge Laurel Beeler Presiding] |
| Plaintiff, | |
| | Cal. Sup. Ct. Case No.: RG11567893 |
| v. | |
| | [~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |
| EMELITA FELIPE, an individual, ANGELITO REYES, an individual d/b/a STREAMLINE APPRAISALS; CAL COAST FINANCIAL CORPORATION, a corporation doing business in California and DOES 1-20, | |
| Defendants. | |

/ / /

/ / /

1
[~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE

1  Pursuant to Plaintiff's Request for Dismissal of Case, with the terms of
2  dismissal just and proper under Fed. R. Civ. P. 41(a)(2), the above-entitled action is
3  hereby dismissed with prejudice, with each party bearing its own attorneys' fees and
4  costs.
5  IT IS SO ORDERED.

7  Dated: August____8____, 2013          _____/s/_____
8                                         HON. LAUREL BEELER
                                          U.S. MAGISTRATE COURT

2
[PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL OF CASE